## No. 38
### WRIGHT CO. et al v. LAUBY
Ohio Appeals, 9th Dist., Summit County
No. 697. Decided Oct. 15, 1923

**297. CONTRACTS—Court has no right to declare contract illegal where its legality is not raised by the pleadings or evidence.**

PER CURIAM.

#### Epitomized Opinion

This was an action on a note for $1,346 by the W. E. Wright Co. et al against Lauby. An answer and cross-petition was filed which set forth a breach of warranty. The contract under which the goods in question were purchased was attached to the answer and cross-petition as an exhibit. The Fairbanks Company sold the goods to the defendant on Oct. 28, 1920. The note in question was given May 6, 1921, about two months after the goods were delivered and installed. The note was not given to the Fairbanks Co., but to the plaintiff, a distributor. On Sept. 4, 1921, some of the goods were returned and credit given upon the note, and also a cash payment made. At the close of the opening statement the defendant moved the court for a judgment. This motion was granted upon the ground that the contract was contrary to the provisions of 8570 and 12464 GC. The plaintiff thereupon prosecuted error. In reversing the judgment of the lower court, the Court of Appeals held:

1. As the court did not have before it the necessary facts to determine whether or not the contract was illegal, in that the terms of the contract were not before the court, not having been introduced in evidence or set forth

(Continued on Page 61)

# The Abstract Announces
## for 1924
# A New Programme

A MONG the many New Features for 1924, planned by its publishers for the benefit, interest and pleasure of the readers of The Ohio Law Abstract, the following particularly Important Ones stand out the most strikingly:

## I. TIMELY SERVICE ON CURRENT SUPREME COURT CASES

Our Supreme Court Current Case Service will be made a strong feature. All cases will be cross-indexed to the published decisions of the courts below, and as soon as new opinions are completed by the Judges, we shall print them with commendable dispatch.

## II. VERIFIED COURT OPINIONS

We will have all Epitomized Opinions carefully and doubly compared with the originals, by our editorial assistants. Many of them will then be referred to the judge that announced the opinion for his criticism, and be revised accordingly.

## III. PENDING SUPREME COURT CASES

This New Service, commenced in this issue, gives an abstract of the New Cases recently filed in this highest Ohio court. It will enable the Bench and Bar to know in advance the points of law involved and the issues to be up for hearing when these cases are reached. Also about the cases dimissed and overruled, when they are decided without report.

This service is peculiar to the Abstract, not being rendered by any other publication.

## IV. LAWYERS' RESEARCH AND ASSISTANCE SERVICE

This Service, when they write us for it, we will supply to our subscribers free of charge, and thus they can get much information that ma ynot otherwise be available to them. It will be like a large supplement to their law libraries, and frequently a valuable ally to their success. We are now enlarging our resources, so as soon to be able to conduct this service with praiseworthy proficiency.

## V. THE BAROMETER OF ALL COURT MOVEMENTS

Although, in 1923, in the Abstract, there were printed over 1,000 current cases (only about 200 of which were printed elsewhere, and many of these were printed first in our paper), this record will be outdone in 1924. We expect more cases from each court, and especially from minor and Federal Courts, and from Officials and Official Tribunals the decisions of which are authority in the present day practice of the law.

It will be our aim to make the Abstract cover the entire realm of precedents arising from current case law decisions, all of them to receive the most timely publication possible.

## VI. A DIGEST OF ALL CURRENT AUTHORITIES

The definitions of points decided in cases printed in the Abstract each week will be published as heretofore, but with more competeness. Additional paragraphs will be made up and inserted from time to time, to cover cases first published elsewhere in Ohio books. Thus its readers will have presto access, through the Abstract Digest, not only to our hundreds of exclusively published cases, but to all Ohio opinions.

This plan links up to the Abstract all the Ohio reports and periodicals, and indexes them so as to make them most serviceable to our thousands of readers. Its monthly and semi-annual cumulated issues will be printed as heretofore.

## VII. THE PROGRESSIVE LINK SYSTEM OF DIGESTING

This system makes each digest paragraph carry its own cross references, and thus it is possible to make each statement reach to the different subjects the paragraph may embrace, and thus shortens the work of digesting and of searching for the points of law.

The system is numerical, and by the use of numbers as it employs them, directly links every point in every case to every other current case in point.

It will be further perfected and used in 1924 digesting, and our subscribers given the benefit of its advantages.

## VIII. THE MATTER OF PRINTING

The printing, mechanical features and appearance of the Abstract have recently been much improved, by changing the margins and general makeup of the paper. These will be retained, and the work will be done with extreme watchfulness and care to maintain a first-class publication in every respect.

Although the increased work and expense we are putting upon the Abstract would justify an increased price, it will not be raised.

**No matter how good a library you may have, or how many other periodicals you take, the Abstract covers a field they do not reach, and nothing will take its place.**

(Continued from Page 59)
in the pleadings or the statement of counsel, the court had no right to arrest the case from the jury.

Attorneys—Commins, Brouse, Englebeck & McDowell, for W. E. Wright Co. et al; O. M. Roderick, for Lauby, all of Akron.